# EXHIBIT 1

Filing # 52814446 E-Filed 02/22/2017 11:02:58 AM

IN THE CIRCUIT COURT OF THE
15TH JUDICIAL CIRCUIT, IN AND FOR
PALM BEACH COUNTY, FLORIDA

DOMENICK LIVOLSI,

    Plaintiff,    CASE NO: 50-17-CA-2115

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____/

## COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

Plaintiff, DOMENICK LIVOLSI, by and through the undersigned counsel, hereby sues Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (hereinafter "STATE FARM") and states:

### GENERAL ALLEGATIONS

1. This is an action for damages in excess of Fifteen Thousand ($15,000.00) Dollars, exclusive of interest, costs and attorney's fees and is otherwise in excess of the jurisdictional requirements of this Court.

2. That Plaintiff, DOMENICK LIVOLSI, is over eighteen years of age, a resident of Palm Beach County, Florida, and is otherwise *sui juris*.

3. That at all times material hereto, Defendant, STATE FARM, is and was in insurer licensed to do business and doing business in Palm Beach County, Florida.

4. That at all times material hereto, Plaintiff, DOMENICK LIVOLSI, was a driver operating a 2009 Cadillac CTS insured by Defendant, STATE FARM, under Policy No.: 59-783D-625.

5. Said insurance policy provides insurance benefits for claims arising out of accidents with underinsured or underinsured motorists.

Page 1 of 3

6. That venue is proper in Palm Beach County, Florida where Plaintiff is a resident and is an "insured" under the STATE FARM policy providing uninsured/underinsured motorist coverage. In addition, all or a majority of Plaintiff's medical treatment has occurred in Palm Beach County, Florida.

## COUNT I – UNDERINSURED MOTORIST CLAIM AGAINST STATE FARM

7. Plaintiff re-alleges and re-affirms paragraphs 1 through 6, inclusive, as if fully set forth herein.

8. That on or about December 16, 2015, an underinsured motorist negligently operated or maintained a motor vehicle so that it violently collided with the westbound 2009 Cadillac CTS which Plaintiff, DOMENICK LIVOLSI, was driving on Donald Ross Road in Palm Beach County, Florida.

9. That as a result of the negligence of the underinsured motorist, Plaintiff, DOMENICK LIVOLSI, suffered bodily injury, resulting in pain and suffering, disability, disfigurement, inconvenience, mental anguish, loss of capacity for the enjoyment of life, lost wages, lost earning capacity, expenses of medical, hospital and nursing care and treatment, and/or reaggravation of a previously existing condition. These losses are permanent and continuing in nature and the Plaintiff, DOMENICK LIVOLSI, will suffer such losses in the future.

10. That Defendant, STATE FARM, had a contract of insurance for compensatory damages suffered by Plaintiff pursuant to the terms of the policy wherein he suffered damages as a result of an accident by an underinsured motorist.

11. That after all of the conditions precedent were met, a Civil Remedy Notice of Insurer Violations was filed with the Florida Department of Financial Services on January 31,

2017 (Filing #333195). A copy of the Civil Remedy Notice of Insurer Violations is attached hereto as Exhibit "A".

12. In addition, Defendant, STATE FARM, has waived its subrogation rights against the aforementioned underinsured motorist.

13. That the true and correct copy of the policy is in the possession of Defendant, STATE FARM, and is incorporated by reference herein.

14. That the Defendant, STATE FARM, has been unwilling or unable to compensate Plaintiff, DOMENICK LIVOLSI, pursuant to the underinsured motorist coverage terms of the policy for the damages outlined in paragraph #9.

15. That as a result of the breach of this policy by Defendant, STATE FARM, Plaintiff, DOMENICK LIVOLSI, has not been compensated for damages pursuant to the underinsured motorist provisions of the policy.

WHEREFORE, the Plaintiff, DOMENICK LIVOLSI, demands judgment for damages and costs against Defendant, STATE FARM, and further demands trial by jury.

DATED this 22nd day of February, 2017.

                                        **WILLIAM W. PRICE, P.A.**
                                        **Attorneys for Plaintiff**
                                        **521 South Olive Avenue**
                                        **West Palm Beach, FL 33401**
                                        **Telephone (561)659-3212**
                                        **Fax (561)659-0323**
                                        wprice@wpricepa.com
                                        michael.herman@wpricepa.com
                                        mary.campagnon@wpricepa.com
                                        karla.iriarte@wpricepa.com

                                        By: _/s/ William W. Price_
                                              **WILLIAM W. PRICE, ESQ.**
                                              **Florida Bar No. 313130**
                                              **MICHAEL S. HERMAN, JR., ESQ.**
                                              **Florida Bar No. 102304**