UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-80407-BLOOM/Valle

DOMENICK LIVOLSI,

    Plaintiff,

v.

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon *sua sponte* review of the record. On October 31, 2017, the Court entered an Order Administratively Closing Case, ECF No. [22], instructing the parties to file a stipulation for dismissal on or before January 1, 2018. To date, the parties have not complied, nor have they shown cause.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled case is **DISMISSED WITH PREJUDICE**;
2. Each party shall bear its own attorneys' fees and costs;
3. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**;
4. The Clerk of Court is directed to **CLOSE** this case.

Case No. 17-cv-80407-BLOOM/Valle

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3rd day of January, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record